IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Virginia D. Hetrick, | ) | Case No. 18-11313 TPA |
|     Debtor | ) | Chapter 13 |
| | ) | |
| | ) | |
| Virginia D. Hetrick | ) | Related to Docket Nos. 42-43, 47 |
|     Movant | ) | |
| | ) | |
| | ) | |
| | ) | |
|     vs. | ) | |
| | ) | |
| Bayview Loan Servicing, Ronda J | ) | |
| . Winnecour, Trustee | ) | |
|     Respondents | ) | |

## CERTIFICATE OF SERVICE OF ORDER ON ZOOM HEARING

I, Leslie Nebel, certify under the penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on August 17, 2020.

The type of service made on the parties was Service by First-Class Mail.

If more than one method was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification,"

**All parties associated with the Sale have been notified according to the Order of Court dated July 30, 2020.**

) Initializing Zoom Hearing: To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing
time: https://www.zoomgov.com/j/16021303488, or alternatively, to attend and use the following
Meeting ID: 160 2130 3488. For questions regarding the connection contact Judge Agresti's Staff
Lawyer, Atty. Courtney Neer, at 814-464-9781

EXECUTED ON: August 17, 2020

By: /s/ Leslie Nebel
Leslie Nebel
2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
412-391-8000
leslie.nebel@steidl-steinberg.com