**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 18-11313-TPA |
| | : | | |
| Virginia D. Hetrick | : | Chapter: | 13 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 8/19/2020 |
| | : | Time: | 11:30 |

8/19/20 3:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## PROCEEDING MEMO

**MATTER:**   #42 Motion to Allow Short Sale Where Relief From Stay Has Been Granted

**APPEARANCES:**

   Debtor:  Kenneth M. Steinberg
   Trustee:  Owen Katz

**NOTES:**

Steinberg:   Background of matters of given.

Katz:   RFS does not release the property from the estate.

**OUTCOME:**   GRANTED / OE

jlm