UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-11313(TPA) |
| | : | |
| VIRGINIA D. HETRICK, | : | |
| | : | |
|   Debtor. | : | CHAPTER 13 |
| _____ | : | |
| ONE FEDERAL CREDIT UNION, | : | Related to Claim No. 1 |
| | : | |
|   Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| NO RESPONDENT, | : | |
| | : | |
|   Respondent. | : | |
| _____ | : | JUDGE AGRESTI |

## REQUEST TO RESTRICT PUBLIC ACCESS TO CLAIM

Pursuant to W.PA.LBR 9037-1 and understanding that the redaction of any information other than the identifiers specifically enumerated in Fed. R. Bankr. P. 9037 requires a separate motion and Court approval, under penalty of perjury, the **UNDERSIGNED HEREBY CERTIFIES** that:

1. ONE Federal Credit Union filed a proof of claim, Claim No. 1 in the above-captioned case on January 8, 2019 which contains one or more of the identifiers enumerated in Fed. R. Bankr. P. 9037.

2. On April 21, 2022, ONE Federal Credit Union filed an amended claim on the claims register in compliance with W.PA.LBR 3002-2(a), a copy of which is attached hereto, and the only change made to the original claim is the redaction of personal identifiers.

3. I am requesting that the Court take whatever steps are necessary to restrict public access to the unredacted claim.

Date:  April 21, 2022          Signed:   /s/ Nicholas R. Pagliari

On behalf of:   ONE Federal Credit Union
                               Name of Creditor

Nicholas R. Pagliari, Esq.
Name of Filer - Typed

100 State Street, Suite 700, Erie, PA 16507
Address of Filer

npagliari@mijb.com
Email Address of Filer

(814) 870-7754
Phone Number of Filer

Pa. Supreme Court ID No. 87877
Bar I.D. and State of Admission

**PAWB Local Form 37 (07/13)**

#1744730

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | CASE NO. 18-11313(TPA) |
| VIRGINIA D. HETRICK, | ) | |
| | ) | |
| | ) | |
| Debtor | ) | CHAPTER 13 |

## AMENDMENT TO CLAIM NO. 1
## FILED BY ONE FEDERAL CREDIT UNION

The amendments are as follows:

1. Changed Item 4 to indicate this as an Amended Claim;

2. Changed signature section to indicate that the claim is being filed by the Creditor's Authorized Agent instead of the Creditor;

3. Added an Itemized Statement of Claim;

4. Added Exhibit Labels to Exhibits;

5. Redacted Personal Identifiers on Exhibits; and

6. Added a Certificate of Service.

**Fill in this information to identify your case:**

Debtor: **Virginia D. Hetrick**

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number: 18-11313
(if known)

# Official Form 410
# Proof of Claim

4/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**
ONE Federal Credit Union
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor: Meadville Area Federal Credit Union

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
ONE FCU
300 Arch St
Meadville, PA 16335

Contact phone: 814-336-2794 ext 232
Contact email: ahefner@onefcu.com

Where should payments to the creditor be sent? (if different)

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

**4. Does this claim amend one already filed?**
☐ No
☑ Yes. Claim number on court claims registry (if known) 1    Filed on 1/8/2019

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing?

---

Official Form 410                                  **Proof of Claim**                                  page 1

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |

**6. Do you have any number you use to identify the debtor?**
☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: **6150**

**7. How much is the claim?** $ **13,207.76**   **Does this amount include interest or other charges?**
☐ No
☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

**Money Loaned**

**9. Is all or part of the claim secured?**
☑ No
☐ Yes.   The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate.   If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $ _____
**Amount of claim that is secured:** $ _____
**Amount of claim that is unsecured:** $ _____   (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ _____

**Annual Interest Rate** (when case was filed)   **0** %
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☑ No
☐ Yes.  **Amount necessary to cure any default as of the date of the petition:** $ _____

**11. Is this claim subject to a right of setoff?**
☑ No
☐ Yes. Identify the property: _____

Official Form 410    **Proof of Claim**    page 2

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| | | |
|---|---|---|
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No<br>☐ Yes. *Check one:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ _____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

### Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date **April 21, 2022**
MM/ DD / YYYY

**/s/ Aaron T. Hefner**
Signature

**Print the name of the person who is completing and signing this claim:**

Name: **Aaron T. Hefner**

Title: **Member Solutions**

Company: **ONE FCU**
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: **300 Arch St**
**Meadville, PA 16335**
Number, Street, City, State and Zip Code

Contact phone: **814-336-2794 ext 232**     Email: **ahefner@onefcu.com**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | CASE NO. 18-11313(TPA) |
| VIRGINIA D. HETRICK, | ) | |
| | ) | |
| | ) | |
| Debtor | ) | CHAPTER 13 |

### **ITEMIZED STATEMENT OF CLAIM**

Account No. xxxx6150

| | |
|---|---:|
| Principal: | $ 12,920.52 |
| Interest to December 28, 2018: | 263.95 |
| Late Fees: | 23.29 |
| TOTAL: | $ 13,207.76 |

*/s/ Aaron T. Hefner*
Aaron T. Hefner, Member Solutions
ONE Federal Credit Union
300 Arch St
Meadville, Pa  16335

FIS ClientLink — Customer Service

**Account Chargeoff** - ▓▓▓▓▓▓-3447) - VIRGINIA HETRICK

**Chargeoff Request**

Chargeoff Code
- ○ 0 - Reverse Chargeoff
- ○ 2 - Pending Chargeoff

Pending Chargeoff Only
Chargeoff Days

Reclass Code: [          ]
Bill Code: NOFINCHG - NO FINANCE CHARGE BILING CODE

**Chargeoff Results**

| Field | Value | Field | Value |
|---|---|---|---|
| Chargeoff Code | 0 | Blk/Reclass | C |
| Balance | $13,207.76 | Past Due | $255.29 |
| Chargeoff Days | 000 | Type Processing | 10 |
| Principal | $12,920.52 | Bill Code | RBLVARTA |
| Unpaid Finance Charges | $263.95 | Unpaid Late Fees | $23.29 |
| Unpaid Fees | $0.00 | Unpaid Non-Accruing Fees | $0.00 |

[ Update ]  [ Cancel ]

Copyright 2008 - 2016 by Fidelity National Information Services

Version: v 4.3    Server: 67

https://clientlink.fnis.com/CustomerService/Views/CustomerServiceAnchor.aspx    1/4/2019

**EXHIBIT A**

## FIS ClientLink — Customer Service

**General Cardholder Information**

| Field | Value |
|---|---|
| Corp | 081372 |
| Name1 | VIRGINIA HETRICK |
| MM Name | |
| City | MEADVILLE |
| N1/N2 SSN | 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 |
| St/Cntry | PA |
| Postal | 16335-2012 |

Tabs: Main | Stmts | Online Access | CTD Bal | Credit | Terms | CH Info | Disputes | Transfer | Plastics | Lost/Stolen | Delinquency
Payment Options | Secured | Loyalty | Misc | Related Info | Business Card | History | Institution | Home Equity

| Field | Value |
|---|---|
| Y-T-D F.C. Amt | $0.00 |
| Last Year F.C. Amt | $881.21 |
| Card Fee Ind | A |
| Next Card Fee Date (MM/CCYY) | 12/2019 |
| Last Card Fee Date (MM/DD/CCYY) | |
| Unpaid Annual Fee | $0.00 |
| Finance Charge Ind | Y |
| Waive Cash Advance Fee | ☐ |
| Waive Late Charge | ☐ |
| Waive Overlimt Fee | ☐ |
| Average Bill Days | 20 |
| Bill Code | RBLVARTA |
| Bill Code Description | PRM + 3.00% APR |
| Bill Code Date (MM/DD/CCYY) | 11/24/2014 |
| Notified Bill Code | |
| Notified Bill Code Description | |
| Effective Notified Date (MM/DD/CCYY) | |
| Unconsented Bill Code | |
| Unconsented Bill Code Description | |
| Account Terms ID | |
| Account Terms ID Description | |
| Prev Account Terms ID | |
| Prev Account Terms ID Description | |
| Acct Terms Chg Date (MM/DD/CCYY) | |

Buttons: Fin Chrg Sum, Fin Chrg Inq, Send Letter, Add Memo, Card Fee Chg, Stmt Group Chg, Bill Chg, Product Chg, Type Proc Chg, Fee Waiver Chg, Terms ID Chg

Copyright 2008 - 2016 by Fidelity National Information Services    Version: v 4.3  Server: 67

https://clientlink.fnis.com/CustomerService/Views/CustomerServiceAnchor.aspx    1/4/2019

**EXHIBIT B**



FIS ClientLink

**Payment History -** ( ███-3447) - **VIRGINIA HETRICK**

Customer Service

| Corp 081372 | Account ███-3447 | Product VPL500 | Payoff Date (MM/DD/CCYY) MM/DD/CCYY | Current Balance |
|---|---|---|---|---|
| | Name VIRGINIA HETRICK | | | Finance Charge |
| | Address 953 B STREET | | | Payoff Amount |
| | MEADVILLE PA 16335-2012 | | | Calculate |

| Cycle Date (MM/DD/YY) | Total Pay Due | Amount Paid | Delq Amount | Days Delq | Due Date (MM/DD/YY) | Post Date (MM/DD/YY) | Tran Date (MM/DD/YY) | TC/RC |
|---|---|---|---|---|---|---|---|---|
| CURREN | | -$6.71 | | null | | 12/17/18 | 12/17/18 | 65/00 |
| 12/09/18 | $394.00 | | $262.00 | 30 | 01/03/19 | | | |
| 11/08/18 | $262.00 | | $131.00 | 5 | 12/03/18 | | | |
| 10/09/18 | $131.00 | -$131.00 | | 0 | 11/05/18 | 09/25/18 | 09/25/18 | 65/00 |

NO CURRENT PAYMENTS

[ Close ]

Copyright 2008 - 2016 by Fidelity National Information Services

Version: v 4.3   Server. 67

https://clientlink.fnis.com/CustomerService/Views/CustomerServiceAnchor.aspx            1/4/2019

**EXHIBIT C**



**MEADVILLE AREA FEDERAL CREDIT UNION**
*Banking...but Better*

**VISA Credit Card Application**

Please Check: ☐ Classic  or  ☑ Platinum

Check below to indicate the type of credit in which you are applying. Married applicants may apply for a separate account.

☑ **Individual Credit:** You must complete the Applicant section about yourself and the Other section about your spouse. If: (1) you live in or the property pledged as collateral is located in a community property state (AK, AZ, CA, ID, LA, NM, NV, TX, WA, WI); (2) your spouse will use the account; or (3) you are relying on your spouse's income as a basis for repayment. If you are relying on income from alimony, child support, or separate maintenance, complete the Other section to the extent possible about the person on whose payments you are relying.

☐ **Joint Credit:** Each applicant must individually complete the appropriate section below. If Co-borrower is spouse of the applicant, mark the Co-Applicant box. Guarantor: Complete the Other section if you are a guarantor on an account/loan.

☐ Opt for credit life information

Credit Limit Requested: _____

**Applicant**

Name: Virginia Hetrick

Other: ☐ Co-Applicant  ☐ Authorized User  ☐ Guarantor

Name _____  Acct # _____

Driver's License # / State _____  Social Security # _____

Driver's License # / State _____  Social Security # _____

Email Address _____  332-0690

Email Address _____

Birth Date _____  Home Phone _____  Business Phone _____

Birth Date _____  Home Phone _____  Business Phone _____

Present Address: 1000 Charlton St, Meadville PA 16335

Present Address (street, city, state, zip)  Length of Residency

Mortgage Balance _____  Monthly Payment: $575/mth rent  Interest Rate _____

Mortgage Balance  Monthly Payment  Interest Rate

COMPLETE FOR JOINT CREDIT, SECURED CREDIT, OR IF YOU LIVE IN A COMMUNITY PROPERTY STATE:
☐ Married ☐ Separated ☐ Unmarried (single, divorced, widowed)

COMPLETE FOR JOINT CREDIT, SECURED CREDIT, OR IF YOU LIVE IN A COMMUNITY PROPERTY STATE:
☐ Married ☐ Separated ☐ Unmarried (single, divorced, widowed)

Employment/Income  Start Date: 2013

Employment/Income  Start Date _____

C & J's

Name/Address of Employer

Name/Address of Employer

Name/Address of Employer

Name/Address of Employer

NOTICE: ALIMONY, CHILD SUPPORT, OR SEPARATE MAINTENANCE INCOME NEED NOT BE REVEALED IF YOU DO NOT CHOOSE TO HAVE IT CONSIDERED.

NOTICE: ALIMONY, CHILD SUPPORT, OR SEPARATE MAINTENANCE INCOME NEED NOT BE REVEALED IF YOU DO NOT CHOOSE TO HAVE IT CONSIDERED.

Employment Income  $_____ Per_____  ☐ Net ☐ Gross

Other Income  $_____ Per_____  Source: _____

Employment Income  $_____ Per_____  ☐ Net ☐ Gross

Other Income  $_____ Per_____  Source: _____

**Please answer the following questions:**
1) Do you have any outstanding judgments?  ☐ Yes  ☑ No
2) Have you ever filed for bankruptcy or had a debt adjustment plan confirmed under Chapter 13?  ☐ Yes  ☑ No
3) Have you had property foreclosed upon or repossessed in the last 7 years?  ☐ Yes  ☑ No
4) Are you a party in a lawsuit?  ☐ Yes  ☑ No
5) Are you other than a U.S. Citizen or permanent resident alien?  ☐ Yes  ☑ No
6) Is your income likely to decline in the next two years?  ☐ Yes  ☑ No
7) I agree to the application fee associated with this loan. (This fee will be deducted from your regular share account).  ☑ Yes  ☐ No

**EXHIBIT D**

Applicant Reference *Must live at a different residence

| Mark Sisco | |
|---|---|
| Name | Name |

| ~~Address~~ | |
|---|---|
| Address | Address |

| ~~City~~ | State | Zip | City | State | Zip |
|---|---|---|---|---|---|

| 333-1447 or 724- | |
|---|---|
| Phone # | Phone # |

| Friend | |
|---|---|
| Relation | Relation |

| | |
|---|---|
| Referred By | Referred By |

**State Law Notices**

**Ohio Residents Only:** The Ohio laws against discrimination require that all creditors make credit equally available to all creditworthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

**Wisconsin Residents:** (1) No provision of any marital property agreement, unilateral statement under Section 766.59, or court decree under Section 766.70 will adversely affect the rights of the Credit Union unless the Credit Union is furnished a copy of the agreement, statement, or decree, or has actual knowledge of its terms, before the credit is granted or the account is opened. (2) Please sign if you are not applying for this account or loan with your spouse. The credit being applied for, if granted, will be incurred in the interest of the marriage or family of the undersigned.
Signature For Wisconsin Resident Only: _____ Date: _____

**Signatures**

1) You promise that everything you have stated in this application is correct to the best of your knowledge. If there are any important changes you will notify us in writing immediately. You authorize the Credit Union to obtain credit reports in connection with this application for credit and for any update, increase, renewal, extension, or collection of the credit received. You understand that the Credit Union will rely on the information in this application and your credit report to make decisions. If you request, the Credit Union will tell you the name and address of any credit bureau from which it received a credit report on you. It is a federal crime to willfully and deliberately provide incomplete or incorrect information on loan applications made to federal credit unions or state chartered credit unions insured by NCUA.
2) You understand that the use of your card will constitute acknowledgement of receipt and agreement to the terms of the credit card agreement and disclosures. You grant us a security interest in all individual and joint share and/or deposit accounts you have with us now and in the future to secure your credit card account. When you are in default, you authorize us to apply the balance in these accounts to any amounts due. Shares and deposits in an Individual Retirement Account, and any other account that would lose special tax treatment under state of federal law if given as security, are not subject to the security interest you have given in your shares and deposits.

| Virginia D Helrick | 11/21/14 | | |
|---|---|---|---|
| Applicant's Signature | Date | Other Signature | Date |

**<u>VISA BALANCE TRANSFER</u>**

I authorize Meadville Area Federal Credit Union to cash advance my Visa Platinum Card for $ 8704.32

VISA Platinum Card Number: ███████████████
Balance Transfer Amount: $ 8,704.32

_Virginia D Hetrick_ / 11-25-14 / 814-332-0690
Member's Signature       Date         Phone Number

_Virginia D Hetrick_
Member's Printed Name

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) CASE NO. 18-11313(TPA) |
| VIRGINIA D. HETRICK, | ) |
| | ) |
| | ) |
| Debtor | ) CHAPTER 13 |

## CERTIFICATE OF SERVICE OF AMENDED PROOF OF CLAIM

I certify under penalty of perjury that I served the above-captioned pleading on the parties at the addresses specified below or on the attached list on April 21, 2022.

The types of service made on the parties were: first-class mail or electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service.

SERVICE BY FIRST CLASS MAIL:

Virginia D. Hetrick
953 B Street
Meadville, PA 16335
Debtor

SERVICE BY ELECTRONIC NOTIFICATION:

Kenneth M. Steinberg, Esq.
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
Counsel for Debtor
**(via e-filing only to
julie.steidl@steidl-steinberg.com)**

Joseph S. Sisca, Esq.
Office of the United States Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
**(via e-filing only to
ustpregion03.pi.ecf@usdoj.gov)**

Ronda J. Winnecour, Esq.
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Chapter 13 Trustee
**(via e-filing only to
cmecf@chapter13trusteewdpa.com)**

Brian Nicholas, Esq.
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
Counsel for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee (CWABS 04-00006)
**(via e-filing only to
bnicholas@kmllawgroup.com)**

                                                                                                                   */s/ Nicholas R. Pagliari*
                                                                          Nicholas R. Pagliari
                                                                          Pa. Supreme Court ID No. 87877
                                                                          MacDONALD, ILLIG, JONES & BRITTON LLP
                                                                          100 State Street, Suite 700
                                                                          Erie, Pennsylvania 16507-1459
                                                                          (814) 870-7754
                                                                          Fax: (814) 454-4647
                                                                          E-mail: npagliari@mijb.com
                                                                          Attorneys for ONE Federal Credit Union

Dated: April 21, 2022

#1744728

2