IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | CASE NO. 18-11313(TPA) |
| | ) | |
| VIRGINIA D. HETRICK, | ) | Related to Document Nos. 52 and 56 |
| | ) | |
| Debtor | ) | CHAPTER 13 |

### CERTIFICATE OF SERVICE OF REQUEST TO RESTRICT PUBLIC ACCESS TO CLAIM AND TEXT ORDER GRANTING REQUEST TO RESTRICT PUBLIC ACCESS TO CLAIM

I certify under penalty of perjury that I served the above-captioned pleadings on the parties at the addresses specified below or on the attached list on April 22, 2022.

The types of service made on the parties were: first-class mail or electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service.

SERVICE BY FIRST CLASS MAIL:

Virginia D. Hetrick
953 B Street
Meadville, PA 16335
Debtor

SERVICE BY ELECTRONIC NOTIFICATION:

Kenneth M. Steinberg, Esq.
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
Counsel for Debtor
**(via e-filing only to julie.steidl@steidl-steinberg.com)**

Joseph S. Sisca, Esq.
Office of the United States Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
**(via e-filing only to ustpregion03.pi.ecf@usdoj.gov)**

Ronda J. Winnecour, Esq.
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Chapter 13 Trustee
**(via e-filing only to cmecf@chapter13trusteewdpa.com)**

Brian Nicholas, Esq.
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
Counsel for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee (CWABS 04-00006)
**(via e-filing only to bnicholas@kmllawgroup.com)**

- 2 -

*/s/ Nicholas R. Pagliari*
Nicholas R. Pagliari
Pa. Supreme Court ID No. 87877
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
(814) 870-7754
Fax:  (814) 454-4647
E-mail:  npagliari@mijb.com
Attorneys for ONE Federal Credit Union

Dated:  April 22, 2022

#1746271