IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | CASE NO. 18-11313(TPA) |
| | ) | |
| VIRGINIA D. HETRICK, | ) | Related to Document Nos. 53 and 57 |
| | ) | |
| Debtor | ) | CHAPTER 13 |

### AMENDED CERTIFICATE OF SERVICE OF REQUEST TO RESTRICT PUBLIC ACCESS TO CLAIM NO. 2 AND TEXT ORDER GRANTING REQUEST TO RESTRICT PUBLIC ACCESS TO CLAIM NO. 2

I certify under penalty of perjury that I served the above-captioned pleadings on the parties at the addresses specified below or on the attached list on May 6, 2022.

The types of service made on the parties were: first-class mail or electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service.

SERVICE BY FIRST CLASS MAIL:

Virginia D. Hetrick
13535 Brown Road
Conneaut Lake, PA 16316
Debtor

SERVICE BY ELECTRONIC NOTIFICATION:

Kenneth M. Steinberg, Esq.
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
Counsel for Debtor
**(via e-filing only to
julie.steidl@steidl-steinberg.com)**

Joseph S. Sisca, Esq.
Office of the United States Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
**(via e-filing only to
ustpregion03.pi.ecf@usdoj.gov)**

Ronda J. Winnecour, Esq.
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Chapter 13 Trustee
**(via e-filing only to
cmecf@chapter13trusteewdpa.com)**

Brian Nicholas, Esq.
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
Counsel for The Bank of New York Mellon
f/k/a The Bank of New York, as Trustee
(CWABS 04-00006)
**(via e-filing only to
bnicholas@kmllawgroup.com)**

- 2 -

                                      */s/ Nicholas R. Pagliari*
                                      Nicholas R. Pagliari
                                      Pa. Supreme Court ID No. 87877
                                      MacDONALD, ILLIG, JONES & BRITTON LLP
                                      100 State Street, Suite 700
                                      Erie, Pennsylvania 16507-1459
                                      (814) 870-7754
                                      Fax:  (814) 454-4647
                                      E-mail:  npagliari@mijb.com
                                      Attorneys for ONE Federal Credit Union

Dated:  May 6, 2022

#1748337