IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.18-11313 TPA |
| | ) | Chapter 13 |
| | ) | Docket No. |
| Virginia D. Hetrick | ) | |
| Debtor(s) | ) | |
| | ) | |
| Virginia D. Hetrick | ) | |
| Movant | ) | |

## NOTICE OF CHANGE OF ADDRESS

       Please note that the correct mailing address for the above-captioned debtor(s)  should be as follows:

Old Address:

Virginia D. Hetrick
953 B Street
Meadville, PA 16335

New Address:

Virginia D. Hetrick
13535 Brown Road
Conneaut Lake, PA  16316

<br>

Respectfully submitted,

May 9, 2022                 /s/ Kenneth M. Steinberg
DATE                   Kenneth M. Steinberg, Esquire
                Attorney for the Debtor

                STEIDL & STEINBERG
                Suite 2830 – Gulf Tower
                707 Grant Street
                Pittsburgh, PA  15219
                (412) 391-8000
                kenny.steinberg@steidl-steinberg.com
                PA I.D. No. 31244

May 9, 2022                          /s/Christopher M. Frye
Date                                 Christopher M. Frye, Esquire
                                     Attorney for the Debtor

                                     STEIDL & STEINBERG
                                     Suite 2830, Gulf Tower
                                     707 Grant Street
                                     Pittsburgh, PA 15219
                                     (412) 391-8000
                                     Chris.frye@steidl-steinberg.com
                                     PA I.D. No. 208402