**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/02/2023

IN RE:

VIRGINIA D. HETRICK
13535 BROWN ROAD
CONNEAUT LAKE, PA 16316
XXX-XX-6150          Debtor(s)

Case No. 18-11313 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/2/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

---

**ALDRIDGE PITE LLC**  
8880 RIO SAN DIEGO DR STE 725  

SAN DIEGO, CA 92108  

Trustee Claim Number: 1   INT %: 0.00%  
Court Claim Number:  

CLAIM: 0.00  
COMMENT: BAYVIEW LN SVCNG/PRAE  

CRED DESC: NOTICE ONLY  
ACCOUNT NO.:  

---

**THE ONE FEDERAL CREDIT UNION(*)**  
280 NORTH ST  
PO BOX 639  

SAEGERTOWN, PA 16433  

Trustee Claim Number: 2   INT %: 2.59%  
Court Claim Number: 2-2  

CLAIM: 16,120.72  
COMMENT: CL2GOV*16539@6%/PL*AMD  

CRED DESC: VEHICLE  
ACCOUNT NO.: 6150  

---

**BANK OF NEW YORK MELLON - TRUSTEE CWA**  
C/O NEW REZ LLC D/B/A SHELLPOINT MTG SVC  
PO BOX 10826  

GREENVILLE, SC 29603  

Trustee Claim Number: 3   INT %: 0.00%  
Court Claim Number: 4  

CLAIM: 0.00  
COMMENT: RS/OE*SURR@BYVW/PL*FR BYVW-D39*CL=162017.29  

CRED DESC: MORTGAGE PAID IN FULL  
ACCOUNT NO.: 5909  

---

**PORTFOLIO RECOVERY ASSOCIATES, LLC**  
PO BOX 12914  

NORFOLK, VA 23541  

Trustee Claim Number: 4   INT %: 0.00%  
Court Claim Number: 5  

CLAIM: 3,034.54  
COMMENT: CITIBANK/THE HOME DEPOT  

CRED DESC: UNSECURED CREDITOR  
ACCOUNT NO.: 1989  

---

**CAPITAL ONE NA\*\***  
C/O BECKET & LEE LLP  
PO BOX 3001  

MALVERN, PA 19355-0701  

Trustee Claim Number: 5   INT %: 0.00%  
Court Claim Number: 3  

CLAIM: 3,321.08  
COMMENT: KOHLS  

CRED DESC: UNSECURED CREDITOR  
ACCOUNT NO.: 6870  

---

**SYNCHRONY BANK**  
C/O PRA RECEIVABLES MANAGEMENT LLC  
PO BOX 41021  

NORFOLK, VA 23541  

Trustee Claim Number: 6   INT %: 0.00%  
Court Claim Number:  

CLAIM: 0.00  
COMMENT: NT ADR~WALMART/SCH  

CRED DESC: UNSECURED CREDITOR  
ACCOUNT NO.: 6438  

---

**THE ONE FEDERAL CREDIT UNION(*)**  
280 NORTH ST  
PO BOX 639  

SAEGERTOWN, PA 16433  

Trustee Claim Number: 7   INT %: 0.00%  
Court Claim Number: 1-2  

CLAIM: 13,207.76  
COMMENT: X3447/SCH*MEADVILLE AREA FCU*AMD  

CRED DESC: UNSECURED CREDITOR  
ACCOUNT NO.: 6150  

---

**CREDITOR INFORMATION MISSING OR VAGUE**  
NEED VERIFICATION  

Trustee Claim Number: 8   INT %: 0.00%  
Court Claim Number:  

CLAIM: 0.00  
COMMENT: ND ADR~CHARLES HETRICK/SCH H  

CRED DESC: NOTICE ONLY  
ACCOUNT NO.:  

---

**NICHOLAS R PAGLIARI ESQ**  
MACDONALD ILLIG JONES & BRITTON LLP  
100 STATE ST STE 700  

ERIE, PA 16507  

Trustee Claim Number: 9   INT %: 0.00%  
Court Claim Number:  

CLAIM: 0.00  
COMMENT: ONE FCU/M RESTRICT  

CRED DESC: NOTICE ONLY  
ACCOUNT NO.: