**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   VIRGINIA D. HETRICK

       Debtor(s)

Ronda J. Winnecour
       Movant
  vs.
No Repondents.

Case No.:18-11313

Chapter 13

Document No.: 73

## ORDER OF COURT

AND NOW, this ___15th___ day of ___March___, 2024, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____ jlm
U.S. BANKRUPTCY JUDGE

SIGNED
3/15/24 10:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-11313-JCM |
| Virginia D. Hetrick | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 15, 2024 | Form ID: pdf900 | Total Noticed: 18 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Virginia D. Hetrick, 13535 Brown Road, Conneaut Lake, PA 16316-6025 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Mar 16 2024 00:15:00 | Bayview Loan Servicing, LLC, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| cr | + | Email/Text: ahefner@onefcu.com | Mar 16 2024 00:16:00 | One Federal Credit Union, f/k/a Meadville Area Fed, 300 Arch Street, Meadville, PA 16335-3217 |
| 14971095 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Mar 16 2024 00:15:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1837 |
| 14971094 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Mar 16 2024 00:15:00 | Bayview Financial Loan, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1837 |
| 14998464 | | Email/PDF: bncnotices@becket-lee.com | Mar 16 2024 00:33:25 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14971097 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 16 2024 00:34:03 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14971096 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 16 2024 00:34:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14971098 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 16 2024 00:15:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 14971099 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 16 2024 00:15:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14977263 | + | Email/Text: ahefner@onefcu.com | Mar 16 2024 00:16:00 | ONE Federal Credit Union, 300 Arch St., Meadville, PA 16335-3217 |
| 15007462 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 16 2024 00:34:11 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14971101 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 16 2024 00:22:27 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14971100 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 16 2024 00:22:27 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15203944 | | Email/Text: mtgbk@shellpointmtg.com | Mar 16 2024 00:15:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15000862 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 16 2024 00:15:00 | The Bank of New York Mellon, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Floor, Coral Gables, FL 33146-1837 |
| 14971103 | + | Email/Text: ahefner@onefcu.com | Mar 16 2024 00:16:00 | The One Federal Credit Union, f/k/a Meadville FCU, 300 Arch St, Meadville, PA 16335-3217 |
| 14971102 | + | Email/Text: ahefner@onefcu.com | Mar 16 2024 00:16:00 | The One Federal Credit Union, f/k/a Meadville Area FCU, 300 Arch Street, Meadville, PA 16335-3217 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| cr | * | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 17, 2024         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2024 at the address(es) listed below:

**Name** | **Email Address**

Christopher M. Frye
 on behalf of Debtor Virginia D. Hetrick chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Denise Carlon
 on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE (CWABS 2004-06) dcarlon@kmllawgroup.com

Nicholas R. Pagliari
 on behalf of Creditor One Federal Credit Union  f/k/a Meadville Area Federal Credit Union npagliari@mijb.com, sburick@mijb.com

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

TOTAL: 5